1  SETH J. ADAMS, ESQ.
Nevada Bar No. 11034
2  **WOODBURN AND WEDGE**
3  6100 Neil Road, Ste. 500
Reno, Nevada 89511
4  Telephone: 775-688-3000
Fax: 775-688-6088
5  sadams@woodburnandwedge.com

6  Attorneys for Defendant
7  Melissa L. Brown



8

9             IN THE UNITED STATES DISTRICT COURT

10                FOR THE DISTRICT OF NEVADA

11                          * * *

12

13  NICHOLAS T. SCHRAM, a Nevada resident,     Case No. 3:18-CV-00055-CBC
    SANDRA L. SCHRAM, a Nevada resident
14

15            Plaintiffs,                     ORDER

16  vs.                                      STIPULATION
                                             TO EXTEND TIME TO FILE
17  MELISSA L. BROWN, a New York resident,   DISPOSITIVE MOTIONS

18            Defendant.                     (First Request)

19

20

21  _____/

22       IT IS HEREBY STIPULATED by and between plaintiffs Nicholas and Sandra

23  Schram, and defendant Melissa L. Brown, by and through their respective counsel,

24  pursuant to LR IA 6-1, that the deadline to file dispositive motions in this case be

25  extended from June 14, 2019 to <u>Monday, July 1, 2019</u>. The reasons for this mutual

26  request for a short extension are as follows:

27       1.    On March 28, 2019, this Court approved a "Stipulation and Order to

28  Extend Discovery Deadline" which extended the deadline for the parties to conduct

discovery to May 17, 2019 as well as the deadline to file dispositive motions (to June 14, 2019). ECF No. 32.

2. The Parties utilized the previously-granted extension to, amongst other discovery, conduct depositions of the Plaintiffs, Mr. and Mrs. Schram (the Plaintiffs in this action, hereafter referred to collectively as the "Schrams"), as well as Melissa. The Schrams' depositions took place on May 15, 2019 and Melissa's deposition, which was conducted on May 3, 2019 in New York, N.Y. and simulcast to Reno, N.V. so that counsel for the Schrams and for Melissa did not have to travel to New York.

3. Melissa's counsel is informed, based upon his recent discussion with counsel for the Schrams, that the Schrams have just recently finished reviewing their deposition transcripts and have sent their Errata Sheets to the court reporter. Additionally, counsel for the Schrams will be providing a copy of the errata to counsel for Melissa next week.

4. With regard to Melissa's deposition transcript, counsel for the Schrams has indicated that he has just been provided a copy and will provide it to counsel for Melissa next week (with a copy of the errata referenced above). Melissa shall review her transcript as soon as she is provided it and provide a copy of any proposed revisions thereto in her errata, which shall be provided to the court reporter with a copy to counsel for the Schrams.

5. In order to minimize the need to adjust any references to the aforementioned deposition transcripts of the Schrams and Melissa so that they may be used in any dispositive motions brought by the Parties, a short extension is requested.

6. Undersigned Counsel believe that an extension to July 1, 2019 is sufficient to obtain finalized transcripts for the three (3) depositions referenced above and for the Parties to file any dispositive motions if they so choose.

7. It is not believed that this extension, if granted, would substantively affect any other deadlines in this case. The Parties' Joint Pre-Trial Order, per the above-referenced Stipulation Extending Discovery Deadlines (ECF No. 32), is due either on

WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Tel: (775) 688-3000

July 19, 2019 or "30-days after decision on a dispositive motion." In the event neither party brings a dispositive motion on or before the requested July 1, 2019 deadline, the Parties would comply with the July 19, 2019 deadline for filing the Joint Pre-Trial Order. Should either or both Parties bring a dispositive motion on or before the requested extension, than the Parties would await ruling and file the Joint Pre-Trial Order within 30-days as previously ordered.

It is respectfully requested that the Court approve this request to extend the dispositive motion deadline to July 1, 2019.

DATED: June 14, 2019

FOR PLAINTIFFS:

/s/ John S. Bartlett
JOHN S. BARTLETT, ESQ.
NV State Bar No. 143
775 N. Roop St., Ste. 108
Carson City, NV 89701
Telephone: (775) 841-6444
johnsbartlett@att.net

FOR DEFENDANT:

/s/ Seth J. Adams
SETH J. ADAMS, ESQ.
NV State Bar No. 11034
Woodburn and Wedge
Reno, NV 89511
Telephone: (775) 688-3000
sadams@woodburnandwedge.com

**IT IS SO ORDERED.**

DATED: June 18, 2019

CARLA BALDWIN CARRY
U.S. MAGISTRATE JUDGE