John S. Bartlett, Esq.
SBN 143
755 N. Roop St.
Suite 108
Carson City, NV 89701
(775) 841-6444
johnsbartlett@att.net

Attorneys for Nicholas and Sandra Schram

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 29 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| NICHOLAS T. SCHRAM, a Nevada resident; SANDRA L. SCHRAM, a Nevada resident,<br><br>Plaintiffs,<br><br>vs.<br><br>MELISSA L. BROWN, a New York resident,<br><br>Defendant. | Case No.: 3:18-CV-00055-CBC<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between plaintiffs Nicholas and Sandra Schram, and defendant Melissa L. Brown, by and through their respective counsel, that the plaintiffs will have an extension of time to file their response to defendant's motion for summary judgment. The response to the defendant's motion for summary judgment will now be due on August 5, 2019. This is the first request for an extension of time.

DATED: July 19, 2019

/s/ John S. Bartlett
John S. Bartlett, Esq.
Attorney for plaintiffs Nicholas
and Sandra Schram

/s/ Seth J. Adams
Seth J. Adams, Esq.
Attorney for defendant Melissa L. Brown

IT IS SO ORDERED.

DATED: 7/29/2019

CARLA BALDWIN CARRY
U.S. MAGISTRATE JUDGE

-1-