John S. Bartlett, Esq.
SBN 143
755 N. Roop St.
Suite 108
Carson City, NV 89701
(775) 841-6444
johnsbartlett@att.net

Attorneys for Nicholas and Sandra Schram

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS T. SCHRAM, a Nevada resident; SANDRA L. SCHRAM, a Nevada resident,<br><br>Plaintiffs,<br><br>vs.<br><br>MELISSA L. BROWN, a New York resident,<br><br>Defendant. | Case No.: 3:18-CV-00055-CBC<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between plaintiffs Nicholas and Sandra Schram, and defendant Melissa L. Brown, by and through their respective counsel, that the plaintiffs will have an extension of time to file their response to defendant's motion for summary judgment by August 7, 2019. This is the second request for an extension of time, and is due to counsel's need to address other pressing legal matters, and is expected to be the final request.

DATED: August 5, 2019

_/s/ John S. Bartlett_
John S. Bartlett, Esq.
Attorney for plaintiffs Nicholas
and Sandra Schram

_/s/ Seth J. Adams_
Seth J. Adams, Esq.
Attorney for defendant Melissa L. Brown

IT IS SO ORDERED.

DATED: 8/6/2019

CARLA BALDWIN CARRY
U.S. MAGISTRATE JUDGE

-1-