SETH J. ADAMS, ESQ.
Nevada Bar No. 11034
**WOODBURN AND WEDGE**
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Telephone: 775-688-3000
Fax: 775-688-6088
sadams@woodburnandwedge.com

Attorneys for Defendant
Melissa L. Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICHOLAS T. SCHRAM, a Nevada resident, SANDRA L. SCHRAM, a Nevada resident<br><br>Plaintiffs,<br><br>vs.<br><br>MELISSA L. BROWN, a New York resident,<br><br>Defendant.<br>_____/ | Case No. 3:18-CV-00055-CBC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between plaintiffs Nicholas and Sandra Schram (the "Plaintiffs"), and defendant Melissa L. Brown (the "Defendant"), by and through their respective counsel, that the deadline for the Defendant to file a reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment (ECF No. 44) be extended from August 21, 2019 to <u>Friday, August 23, 2019</u>.

///

///

This is the first request for an extension of Defendant's deadline to file a reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment. Defendant does not anticipate any further extensions.

It is respectfully requested that the Court approve this stipulation to extend the aforementioned deadline to August 23, 2019.

DATED: August 20, 2019.

FOR PLAINTIFFS:

/s/ John S. Bartlett
JOHN S. BARTLETT, ESQ.
NV State Bar No. 143
775 N. Roop St., Ste. 108
Carson City, NV 89701
Telephone: (775) 841-6444
johnsbartlett@att.net

FOR DEFENDANT:

/s/ Seth J. Adams
SETH J. ADAMS, ESQ.
NV State Bar No. 11034
Woodburn and Wedge
Reno, NV 89511
Telephone: (775) 688-3000
sadams@woodburnandwedge.com

**IT IS SO ORDERED.**

DATED: 8/21/2019

CARLA BALDWIN CARRY
U.S. MAGISTRATE JUDGE