SETH J. ADAMS, ESQ.
Nevada Bar No. 11034
**WOODBURN AND WEDGE**
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Telephone: 775-688-3000
Fax: 775-688-6088
sadams@woodburnandwedge.com

Attorneys for Defendant
Melissa L. Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NICHOLAS T. SCHRAM, a Nevada resident, SANDRA L. SCHRAM, a Nevada resident<br><br>Plaintiffs,<br><br>vs.<br><br>MELISSA L. BROWN, a New York resident,<br><br>Defendant.<br>_____/ | Case No. 3:18-CV-00055-CBC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE PRE-TRIAL ORDER**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between plaintiffs Nicholas and Sandra Schram (the "Plaintiffs"), and defendant Melissa L. Brown (the "Defendant"), by and through their respective counsel, that the deadline for the parties to file the pretrial order in this case be extended from March 26, 2020 to Friday, April 3, 2020.

The Court held a status conference on March 12, 2020 during which, the Court ordered the parties to file their joint pretrial order on or before March 26, 2020. This is the first request for an extension of the deadline to file the pretrial order. The parties

have been working to finalize the pretrial order and fully expect to have it filed within this requested, one-week extension

It is respectfully requested that the Court approve this stipulation to extend the deadline to file the pretrial order to April 3, 2020.

DATED: March 26, 2020.

| FOR PLAINTIFFS: | FOR DEFENDANT: |
|---|---|
| /s/ John S. Bartlett | /s/ Seth J. Adams |
| JOHN S. BARTLETT, ESQ. | SETH J. ADAMS, ESQ. |
| NV State Bar No. 143 | NV State Bar No. 11034 |
| 775 N. Roop St., Ste. 108 | Woodburn and Wedge |
| Carson City, NV 89701 | Reno, NV 89511 |
| Telephone: (775) 841-6444 | Telephone: (775) 688-3000 |
| johnsbartlett@att.net | sadams@woodburnandwedge.com |

Dated: March 27, 2020.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE