UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NICHOLAS T. SCHRAM, et al.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>MELISSA L. BROWN,<br><br>　　　　Defendant(s). | Case No. 3:18-cv-0055-CLB<br><br>JUDGE CARLA BALDWIN'S ORDER REGARDING CIVIL BENCH TRIALS |

1.　　TRIAL DATE. This case is scheduled for a bench trial before the Honorable Carla Baldwin, United States Magistrate Judge, at Reno, Nevada, on **Wednesday, September 2, 2020** at **9:00 a.m.**

2.　　CALENDAR CALL. Counsel for all parties and all *pro se* parties shall appear in Courtroom 1 on **Monday, August 31, 2020** at **10:00 a.m.** for Calendar Call. Unless a party is appearing *pro se*, the individual parties will not be required to appear for Calendar Call unless the Court directs otherwise.  Counsel or their clients will be excused from Calendar Call if settlement papers have been filed prior to the date of Calendar Call.

3.　　MOTIONS *IN LIMINE*. Motions *in limine* must be fully briefed and submitted for decision no later than **thirty (30) days** before trial and must otherwise comply with Local Rule 16-3. Motions filed after this established deadline will be automatically denied. Counsel are required to meet and confer on the issues raised in the motion in limine before filing the motion and must include a statement certifying compliance with this personal consultation requirement.

4.　　WITNESSES. Counsel shall immediately subpoena all witnesses for the time and trial date as listed above.  The subpoenas should contain a special instruction from counsel directing witnesses to contact the **office of counsel** for further instructions

prior to appearing for trial.  Witnesses are not required to be present at the Calendar Call, but must appear as subpoenaed.  Counsel and parties appearing pro se must file their final witness list **one week** before trial.

5. <u>Exhibits</u>: **One week** before trial, counsel and parties appearing pro se must electronically file their complete exhibit list of all exhibits that are intended to be used during the trial.  At the same time, counsel must serve upon opposing counsel a copy of the same.  Plaintiffs shall use numerals 1 through 499 and defendants shall use numerals 500 through 999. The exhibits are to be listed on a form provided by the Clerk's Office, and may be computer-generated if they conform to the requirements of the form that is provided by the Clerk.[1]  Counsel shall retain possession of their exhibits until such time as they are identified in open court; thereafter, the exhibits shall remain in the custody of the Clerk unless otherwise ordered.  In any case which involves fifteen (15) or more document exhibits, the pre-marked exhibits must be placed in a loose-leaf binder behind a tab noting the number of each exhibit and each exhibit shall be pre-marked with an exhibit sticker.  The binder must be clearly marked on the front and side with the case caption and number and the sequence of exhibits.  If oversized binders are used, the holes in the documents shall be large-sized so that the pages may be easily turned.  **Five (5) calendar days** before trial, counsel must provide the Courtroom Administrator with (1) the binder containing the exhibits and (2) an electronic copy of the exhibits.

6. <u>MARKING EXHIBITS</u>.  During preparations for trial, counsel for all parties must meet, confer, pre-mark and exchange all trial exhibits.  At least **five (5) calendar days** before trial, counsel in civil cases must notify Judge Baldwin's Courtroom Administrator that the exhibits have been pre-marked.

7. <u>EVIDENCE DISPLAY EQUIPMENT</u>.  Counsel wishing to utilize the Court's evidence display equipment must make contact with the Courtroom Administrator to

---

[1] The Court's preferred exhibit list format is found at nvd.uscourts.gov/forms.apsx under "exhibit list"

2

determine its availability and to arrange for training.  Counsel wishing to utilize their own display equipment must contact the Courtroom Administrator to arrange a time and date to set up the equipment prior to the trial.

      8.    TRIAL BRIEFS AND RELATED FILINGS. **One week** before trial, the parties must file:  1) trial briefs; (2) stipulated facts; and (2) proposed findings of fact and conclusions of law.  At the same time, the parties must provide a copy of the same in MS Word format to chambers by email to the Courtroom Administrator at Lisa_Mann@nvd.uscourts.gov.

      9.    TRIAL SCHEDULE.  Trial will begin at 9:00 a.m. and end at 5:00 p.m.  However, if necessary, the court may order counsel for the parties to appear at 8:30 a.m. prior to the commencement of trial to address any outstanding issues and to permit the court to rule on any outstanding issues that may arise during trial.

      10.    SANCTIONS. Counsel are expected to be professional, courteous and collegial toward one another and the Court.  As provided for under the Local Rules of Practice of this Court, the Court will consider the imposition of sanctions against any attorney who: (1) fails to timely file trial briefs, exhibits, or witness lists, whichever is applicable, as prescribed by the Pretrial Order, Order Regarding Pretrial Procedure, Scheduling Order or any order extending the time for such filings; (2) fails to comply with the provision of this order including, but not limited to, the failure to appear for pretrial status conference/calendar call without first having been excused by the Court or the clerk with the permission of the Court; or (3) fails to timely comply with any other order that schedules deadlines for trial preparation.

///

///

///

///

///

///

11. <u>CONTACT PERSON</u>. All questions and information regarding the trial calendar are to be directed to LISA MANN, Courtroom Administrator.

12. The **date** of the Clerk's File Mark shall constitute the date of this order.

IT IS SO ORDERED.

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE