# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS T. SCHRAM, SANDRA L. SCHRAM, | ) Case No.: 3:18-CV-00055-CLB |
| Plaintiff, | ) STIPULATION AND ORDER FOR ) DISMISSAL OF CASE |
| vs. | ) |
| MELISSA L. BROWN, | ) |
| Defendant | ) |

IT IS HEREBY STIPULATED by and between plaintiffs Nicholas and Sandra Schram, and defendant Melissa L. Brown, by and through their respective counsel of record, that as a result of a settlement agreement reached between the parties to this action, and the consummation of the obligations of the parties under that settlement agreement, this case may be dismissed.

DATED: May 25, 2021

John S. Bartlett, Esq.
755 N. Roop St., Ste. 108
Carson City, NV 89701
(775) 841-6444

Attorney for plaintiffs Nicholas
and Sandra Schram

Seth J. Adams, Esq.
Woodburn & Wedge
6100 Neil Rd, Ste. 500
Reno, NV 89511
(775) 688-3000

Attorney for defendant Melissa L Brown

IT IS SO ORDERED

Carla Baldwin
United States Magistrate Judge

DATED: _May 26, 2021_____

-1-